UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Samuel Glenn Garwood**         **Docket No. 5:22-CR-132-1D**
       **5:22-CR-133-1D**

### Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Samuel Glenn Garwood, who, upon an earlier plea of guilty to three counts of Bank Robbery, in violation of 18 U.S.C. § 2113(a), was sentenced by the Honorable Thomas E. Johnston, U.S. District Judge, on May 4, 2012, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Samuel Glenn Garwood was released from custody on August 20, 2021, at which time the term of supervised release commenced.

On March 3, 2022, in response to the defendant's signed admission to methamphetamine use, the Southern District of West Virginia was notified of the noncompliance and the defendant was referred for outpatient substance abuse treatment. Furthermore, transfer of jurisdiction was recommended.

On March 14, 2022, jurisdiction of this matter was transferred from the Southern District of West Virginia to the Eastern District of North Carolina. The case was formally assigned to the Honorable James C. Dever III, U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 27, 2022, the defendant submitted a urine sample which tested positive for methamphetamine. When confronted with the positive result, the defendant admitted to using methamphetamine several times since March 2022, with the last being on or about September 24, 2022. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home incarceration program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Supervising U.S. Probation Officer | /s/ John Seth Coleman<br>John Seth Coleman<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2545<br>Executed On: September 30, 2022 |

Samuel Glenn Garwood
Docket No. 5:22-CR-132-1D
       5:22-CR-133-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __3__ day of __October__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge